1   Michael R. Mordaunt, Esq., Bar No 66911
    Jessica N. Tomlinson, Esq., Bar. No. 232311                    *E-filed 5/3/07*
2   RIGGIO MORDAUNT & KELLY
    A Professional Law Corporation
3   2509 West March Lane, Suite 200
    Stockton, CA  95207
4   Telephone: (209) 473-8732

5   Attorneys for Defendant
    TARGET CORPORATION

6

7

8
                          UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10

11   SANDRA CASTRO                      )   Case No. C 07-00717 HRL
                                        )
12            Plaintiff(s),             )
                                        )   **JOINT REQUEST FOR TELEPHONIC**
13   vs.                                )   **APPEARANCES AT CASE MANAGEMENT**
                                        )   **CONFERENCE**
14   TARGET CORPORATION and DOES        )
     1 to 10                            )
15                                      )
              Defendant(s).             )
16   _____

17         It is the request of all parties in this matter, including plaintiff SANDRA CASTRO and

18   defendant TARGET CORPORATION to appear telephonically at the initial Case Management

19   Conference in this matter which is currently scheduled for May 8, 2007 at 1:30 p.m. in Department

20   Courtroom 2 before Judge Lloyd.  The parties make this request as counsel for both plaintiff and

21   defendant are located outside of the County of Santa Clara.  Furthermore, both parties have met and

22   conferred on the issue of appearing telephonically.

23         For the above reasons, plaintiff SANDRA CASTRO and defendant TARGET

24   CORPORATION respectfully request this court approve counsel for the parties to appear at the

25   initial Case Management Conference telephonically.

26   ///

27   ///

28
                                             1
     _____
     CASTRO V TARGET                              REQUEST FOR TELEPHONIC APPEARANCE AT CMC
     CASE NO.:  C 07-00717 HRL

1   Dated: May 1, 2007                              RIGGIO MORDAUNT & KELLY

2
                                                    By: _____/s/_____
3                                                        Michael R. Mordaunt, Esq.
                                                         Jessica N. Tomlinson, Esq.
4                                                        Attorneys for Defendant
                                                         TARGET CORPORATION
5

6   Dated:  May 1, 2007                             FITZPATRICK, SPINI AND SWANSTON

7

8                                                   By: _____/s/_____
                                                         Ellen S. Lyons, Esq.
9                                                        Attorneys for Plaintiff
                                                         SANDRA CASTRO
10

11

12      Request granted.

13      5/3/07

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2

_____
CASTRO V TARGET                                     REQUEST FOR TELEPHONIC APPEARANCE AT CMC
CASE NO.:  C 07-00717 HRL